**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LLOYD CLUSTER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0579-CG-N** |
| | ) | |
| **MIDLAND FUNDING, LLC,** | ) | |
| **MIDLAND CREDIT MANAGEMENT,** | ) | |
| **INC., and ZARSAUR AND** | ) | |
| **SCHWARTZ, P.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The parties having filed a Joint Stipulation for Dismissal with prejudice on July 19, 2012 (Doc. 44), in which the parties move for entry of order of dismissal.

Upon due consideration, the parties' motion is hereby **GRANTED**, and the plaintiff's claims against Midland Funding, LLC, Midland Credit Management, Inc. and Zarsaur and Schwartz, P.C. are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs.

**DONE and ORDERED** this 20th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE